UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION<br><br>　　　　　Plaintiff<br><br>　　v.<br><br>LEN STOLER, INC.<br><br>　　　　　Defendant | Case No. CCB-00-19 |

**MOTION FOR EXTENSION OF TIME**

Defendant Len Stoler, Inc., by and through its undersigned counsel, and pursuant to Fed.R.Civ.P. 6 and Local Rule 105.9 respectfully requests that the Scheduling Order be amended to extend the schedule by 61 days. As grounds therefore, Len Stoler, Inc. states as follows:

　　1.　　The Order dated February 28, 2000, set July 12, 2000, as the discovery deadline and date for submission of a status report.

　　2.　　The parties have made good faith efforts to complete discovery in a timely fashion. Discovery has been delayed by reason of the pregnancy of plaintiff's chief witness and the need to accommodate her schedule. Plaintiff's witness' deposition has now been taken, plaintiff has given notice of several depositions, and plaintiff has submitted written discovery requests.



3.  Nevertheless, and despite the parties' best efforts, the parties are unable to complete discovery by July 12. Len Stoler, Inc. requests an extension of 61 days, until September 11, 2000, to complete discovery and submit a status report. Should the Motion be granted, dispositive pretrial motions would be filed by October 11, 2000.

4.  Plaintiff Equal Employment Opportunity Commission has authorized the undersigned to state that plaintiff consents to the grant of this Motion and to the requested extension of time.

Respectfully submitted,

_____
Russell H. Gardner

PIPER MARBURY RUDNICK & WOLF LLP
6226 Smith Avenue
Baltimore, Maryland  21209-3600
(410) 580-4154

Attorney for Len Stoler, Inc.

_____ FILED      _____ ENTERED
_____ LODGED     _____ RECEIVED

JUN 1 2 2000

BY   AT BALTIMORE
     CLERK U.S. DISTRICT COURT
     DISTRICT OF MARYLAND
                          DEPUTY

- 2 -

- 3 -

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of June, 2000, the foregoing Motion for Extension of Time was deposited with the United States Postal Service, first-class postage-prepaid, addressed to:

>Pamela E. Hostetler, Esquire
>Equal Employment Opportunity Commission
>Baltimore District Office, 3rd Floor
>10 South Howard Street
>Baltimore, Maryland 21202
>
>Attorney for Equal Employment Opportunity Commission

_____
Russell H. Gardner