IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DISIVION

EQUAL EMPLOYMENT OPPORTUNITY  *
COMMISSION
                              *
   Plaintiff
                              *
v.
                              *    Civil Action No.: CCG-00-CV-0019
LEN STOLER, INC.
                              *
   Defendant
                              *

\*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \* \* \* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\*

## WITHDRAWAL AND ENTRY OF APPEARANCE

Len Stoler, Inc., Defendant, hereby withdraws the appearance of its attorney, Russell Gardiner, PIPER & MARBURY, 6225 Smith Avenue, Baltimore, Maryland 21209-3600 and enters the appearance of Deborah K. Besche and Goldberg, Pike & Besche, PC, Two East Fayette Street, 2nd Floor, Baltimore, Maryland 21202, (410) 468-1369.

Russell Gardiner
PIPER & MARBURY
6225 Smith Avenue
Baltimore, Maryland 21209-3600

Deborah K. Besche
GOLDBERG, PIKE & BESCHE, PC
Two East Fayette Street, 2nd Floor
Baltimore, Maryland 21202
(410) 468-1369



## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 29th day of June, 2000, a copy of the foregoing Withdrawal and Entry of Appearance was mailed, postage pre-paid, to Pamela E. Hostetler, Esquire, 10 South Howard Street, 3rd Floor, Baltimore, Maryland, attorney for the Equal Employment Opportunity Commission.

Deborah K. Besche

Db/EEOC-p/EEOC03.EAP