**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DISIVION**



| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | * |
| Plaintiff | * |
| v. | * |
| LEN STOLER, INC. | * Civil Action No.: CCB-00-CV-0019 |
| Defendant | * |
| | * |

\*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \* \* \* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\*

**MOTION FOR EXTENSION OF TIME**

Len Stoler, Inc., Defendant, by and through its undersigned counsel, pursuant to Fed. Rule of Civ. Proc. 6 and Local Rule 105.9, respectfully requests that the Scheduling Order be amended to extend the schedule by 18 days. As grounds therefor, Len Stoler, Inc. states as follows:

1. On June 12, 2000 this Court granted Defendant Len Stoler's previously filed Motion for Extension of Time. Pursuant to the revised schedule the current deadlines are as follows: Rule 26(e)(2) Supplementation – August 18, 2000; Discovery deadline/status report – September 11, 2000; Requests for Admission – September 18, 2000; Summary judgment – October 11, 2000.

2. As the Court will see from a review of the file, Len Stoler's prior counsel's appearance has been withdrawn and the appearance of new counsel, Deborah K. Besche, has been entered.



3. Ms. Besche will be out of the country from August 31, 2000 through September 20, 2000. Ms. Besche will be out of the country when the status report in this case is due.

4. Therefore, it is respectfully requested that the schedule be amended so that the status report can be prepared and submitted upon Ms. Besche's return. As a result, an 18 day extension has been requested. Under the 18 day extension, the new dates would be as follows: Rule 26(e)(2) – September 6, 2000; Discovery deadline/status report – September 29, 2000; Requests for Admissions – October 6, 2000; Summary Judgment – October 30, 2000.

5. Plaintiff, Equal Employment Opportunity Commission, has authorized the undersigned to state that Plaintiff consents to the grant of this Motion and to request this extension of time.

*Deborah K. Besche*
Deborah K. Besche
GOLDBERG, PIKE & BESCHE, PC
Two East Fayette Street, 2nd Floor
Baltimore, Maryland 21202
(410) 468-1369

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the ___ day of July, 2000, a copy of the foregoing Motion for Extension of Time was mailed, postage pre-paid, to Pamela E. Hostetler, Esquire, 10 South Howard Street, 3rd Floor, Baltimore, Maryland, attorney for the U.S. Equal Employment Opportunity Commission.

*Deborah K. Besche*
Deborah K. Besche

Approved: _____ 7/7/00

Db/EEOC-p/EEOE10.Mot

_____FILED  _____ENTERED
_____LODGED  _____RECEIVED

JUL 1 0 2000

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY_____ DEPUTY

2