UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) |
| Plaintiff | ) CIVIL ACTION NO. CCB-00-19 |
| v. | ) |
| LEN STOLER, INC., | ) |
| Defendant | ) |

### JOINT MOTION FOR EXTENSION OF
### DISCOVERY FOR LIMITED PURPOSE

The parties herein submit their joint request that the Court permit the extension of discovery for the limited purpose of the EEOC's taking three depositions which were noticed to occur on September 27, 28 and 29, 2000, prior to the end of discovery as presently scheduled (see Exh.1). These depositions were noted by EEOC's counsel while Defense counsel was out if the country. On Defense counsel's return on September 20, 2000, she informed EEOC's counsel that due to other court appearances and depositions she was not available for EEOC's depositions as noticed. For that reason the parties seek an extension of discovery until October 30, 2000.

| | |
|---|---|
| Deborah K. Besche | Pamela E. Hostetler |
| Goldberg, Pike & Besche | Equal Employment Opportunity Commission |
| Two East Fayette Street | 10 South Howard Street |
| Baltimore, MD 21202 | Baltimore, MD 21201 |
| (410)468-1396 | (410)962-4209 |

It is so ORDERED this __25th__ day of September, 2000.

                                                                                                             _____
                                                                                                             United States District Judge

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) | |
| Plaintiff, | ) ) | Civil Action No. CCB- 00-19 |
| v. | ) ) | |
| LEN STOLER, INC., | ) ) | |
| Defendant. | ) ) | |

### NOTICE OF DEPOSITION S

PLEASE TAKE NOTICE THAT , pursuant to the Federal Rules of Civil Procedure, commencing on the times and dates indicated below, plaintiff Equal Employment Opportunity Commission will take the deposition upon oral examination of the following individuals:

| | |
|---|---|
| Barry Stoler | Wednesday, September 27, 2000 at 1:00 p.m. |
| Kenneth Carroll | Thursday, September 28, 2000 at 10:00 a.m. |
| Rolph Garrett | Friday, September 29, 2000 at 10:00 a.m. |

The depositions will be taken before a person authorized by law to administer oaths at the offices of the plaintiff at 10 South Howard, 3rd Floor, Baltimore, Maryland 21201. The depositions will be recorded for transcription and use in all proceedings in this matter and will continue from day to day until completed, subject to adjournment as may be agreed by counsel.

Respectfully submitted,

C. GREGORY STEWART
General Counsel

GWENDOLYN YOUNG REAMS
Associate General Counsel

Exh. 1

GERALD S. KIEL
Regional Attorney

STEPHEN P. O'ROURKE
Supervisory Trial Attorney

_____
PAMELA E. HOSTETLER
Trial Attorney

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
10 South Howard Street, 3rd Floor
Baltimore, Maryland 21202
(410) 962-4628

## CERTIFICATE OF SERVICE

I hereby certify that plaintiff's Notice of Depositions was served this 12th day of September, 2000 by facsimile and first class prepaid post upon counsel for defendant addressed as follows:

>Deborah K. Besche, Esq.
>Goldberg, Pike & Besche, P.C.
>Two East Fayette Street
>Baltimore, MD   21202

_____
Pamela E. Hostetler