<u>IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DISIVION</u>

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | * | |
| | * | |
| Plaintiff | | |
| | * | |
| v. | | |
| | * | Civil Action No.: CCB-00-CV-0019 |
| LEN STOLER, INC. | | |
| | * | |
| Defendant | | |
| | * | |

\*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \* \* \* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\*

<u>**JOINT MOTION REGARDING FILING
DEADLINE FOR DISPOSITIVE MOTIONS**</u>

The parties to this litigation, by their undersigned counsel, hereby request this Court to extend the date for dispositive motions to be filed. The grounds for this Motion are as follows:

1. Currently dispositive motions are due to be fileD on or before October 30, 2000.

2. Currently pending before this Court are two discovery-related motions: 1) Plaintiff's Motion to Compel; and 2) Plaintiff's Motion to Extend Discovery.

3. Defense counsel plans to file a dispositive motion but does not want to file that motion until discovery has been completed.

4. Therefore, the parties request the Court to extend the date for filing dispositive motions to a date which is 30 days after the Court has ruled on the pending discovery motions or 30 days after discovery has been completed, whichever is later.

_____
Pamela E. Hostetler, Esquire
10 South Howard Street, 3rd Floor
Baltimore, Maryland 21201
(410) 962-4209

*[signature]*
Deborah K. Besche
GOLDBERG, PIKE & BESCHE, PC
Two East Fayette Street, 2nd Floor
Baltimore, Maryland 21202
(410) 468-1369

APPROVED:

_*[signature]*_____     _10/20/00_____
                                     Date

Db/EEOC-p/EEOE35.Mot

2