UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, ) | |
| ) | |
| Plaintiff ) | CIVIL ACTION NO. CCB-00-19 |
| ) | |
| v. ) | |
| ) | |
| LEN STOLER, INC., ) | |
| ) | |
| Defendant ) | |

## CONSENT MOTION FOR EXTENSION OF DISCOVERY FOR LIMITED PURPOSE

Plaintiff EEOC requests, and Defendant Len Stoler, Inc., consents to Plaintiff's request, that the Court extend discovery until April 30, 2001, for the limited purpose of taking the deposition of Brian Reese, referred to as open discovery matters in paragraph 1a. of the parties' Status Report, filed with the Court March 30, 2001. Plaintiff's attempts to subpoena Mr. Reese have thus far been unsuccessful. The parties additionally jointly move for the concomitant extension of the deadline for dispositive motions to May 30, 2001.

Respectfully submitted,

FOR DEFENDANT                                    FOR PLAINTIFF

_____                        _____
Deborah K. Besche                                Pamela E. Hostetler

Goldberg, Pike & Besche                          Equal Employment Opportunity Commission
Two East Fayette Street                          10 South Howard Street
Baltimore, MD 21202                              Baltimore, MD 21201
(410)468-1396                                    (410)962-4209

It is so ORDERED this __2ᵈ__ day of __April__, 2001.

_____
United States District Judge