UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff | ) ) | CIVIL ACTION NO. CCB-00-19 |
| v. | ) ) ) | |
| LEN STOLER, INC., | ) ) | |
| Defendant | ) ) | |

CONSENT MOTION TO TAKE DEPOSITION OF
WESLEY GIRVIN AFTER THE CLOSE OF DISCOVERY

Plaintiff EEOC requests, and Defendant Len Stoler, Inc. consents to Plaintiff's request, that the Court permit the deposition of former Len Stoler, Inc. employee Wesley Girvin after the close of discovery and before trial of this case. Although Plaintiff noted Mr. Girvin's deposition on March 12, 2001, the parties have since learned he is anticipated to be out of the country until August.

Respectfully submitted,

FOR DEFENDANT                           FOR PLAINTIFF

_____              _____
Deborah K. Besche                        Pamela E. Hostetler

Goldberg, Pike & Besche                Equal Employment Opportunity Commission
Two East Fayette Street                10 South Howard Street
Baltimore, MD  21202                   Baltimore, MD 21201
(410)468-1396                          (410)962-4209

It is so ORDERED this __2ᵈ__ day of __April__, 2001.

_____
United States District Judge